IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-00216-01-CR-W-GAF |
| ) | |
| DUNCAN S. HAYNIE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 11, 2019, defense counsel filed a Motion for Psychiatric Examination (Doc. #9). On July 11, 2019, the Court ordered that Defendant undergo a psychiatric examination pursuant to 18 U.S.C. § 4241 to assist the Court in making a determination as to defendant's competency. The examination was conducted at the Metropolitan Detention Center in Los Angeles, California. The Forensic Evaluation is dated September 27, 2019 and was filed with the Court on October 11, 2019 (Doc. #18).

On November 20, 2019, hearing was held as to Defendant's competency. The defendant appeared in person and through appointed counsel, Ronna Holloman-Hughes. Assistant United States Attorney Stefan Christopher Hughes appeared for the Government. Both parties stipulated that Ernie Gonzalez, Jr., Ph.D., would testify consistent with the Forensic Evaluation he has submitted to the Court. Dr. Gonzalez appeared in person, via video conference, for the hearing. Both defense and government counsel had the opportunity to cross-examine Dr. Gonzalez on the Forensic Evaluation. In the Forensic Evaluation, Dr. Gonzalez opined that the available information indicates defendant Duncan S. Haynie is currently competent to proceed.

1

On December 3, 2019, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #27).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is

ORDERED that defendant Duncan S. Haynie is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: January 30, 2020