IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-00216-01-CR-W-GAF ) |
| DUNCAN S. HAYNIE, | ) ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION

On July 17, 2020, Defendant Duncan S. Haynie was ordered to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 43) Defendant was examined by Miriam Kissin, Psy. D., who prepared a report dated October 28, 2020. (Doc. 48)

A competency hearing was held on January 19, 2021. The government was represented by Assistant United States Attorney Stefan Hughes. Defendant appeared with Federal Public Defender Ronna Holloman-Hughes. The parties stipulated to the contents and findings of Dr. Kissin's report (Tr. at 6). No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Date: January 22, 2021

                                             /s/ *Jill A. Morris*
                                             JILL A. MORRIS
                                             UNITED STATES MAGISTRATE JUDGE