# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-00216-01-CR-W-GAF |
| ) | |
| DUNCAN S. HAYNIE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 19, 2021, a hearing was held on the issue of defendant's competency. The parties stipulated to the report prepared by the Federal Medical Center, Devens, dated October 28, 2020.

On January 22, 2021, United States Magistrate Judge Jill A. Morris issued her Report and Recommendation (Doc. #56).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Jill A. Morris.

Accordingly, it is

ORDERED that defendant Duncan S. Haynie is found to be competent.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: February 8, 2021